# UNITED STATES DISTRICT FEDERAL COURT; WESTREN DISTRICT COURT OF TEXAS

Brandon Young ) Claim No. 729789
Claimant ) Nature of claim: False Statement
)
) **FILED**
) SEP 1 3 2017
) CLERK, U.S. DISTRICT CLERK
) WESTERN DISTRICT OF TEXAS
Vs. ) (verified) BY _____ DEPUTY
)
) **A17CV0896 LY**
)
Tony Thornton )
)
Julian Delgado III )

I, Brandon Young require: a 'court of record' and 'trial by jury'

Claim: False Statement

I, Brandon Young, claim that:

said wrongdoer(s) made a false statement on my behalf and I did not give them permission to do so. I require compensation for humiliation, fear of a police officer taking my life, communication threats and violating my constitutional rights; compensation due: one million dollars for relief.

I, Brandon Young, verify said claims to be true under penalty and perjury.

*Brandon Young* (signature)
Brandon Young claimant

12215 Hunter Chase Apt # 1030
Austin TX 78721

STATE OF TEXAS           §
                         § SS.
COUNTY OF TRAVIS         §
                         §

# AFFIDAVIT OF CLAIM OF WITHDRAWAL OF CONSENT

I, Julianne Castro, having a sound mind hereinafter claim declare the following facts are true, correct, and complete, to the best of my first-hand knowledge.

I, Julianne Castro claim that the night of August 12, 2017 Brandon Young and I were heavily drinking. I don't recall what chain of events transpired that night as I blacked out. I would like to go on record to state I am Bi-Polar and have medical documentation to prove it. Brenda Castro is a witness. Tony Thornton stated that my sister Brenda Castro gave a statement, which she in fact did not, because Brenda stated he only left a voice message, therefore Julian Delgado did not in fact speak with Brenda also, is false. **THIS IS A CLAIM, NOT A COMPLAINT!**

_____
Julianne Castro Affiant

STATE OF TEXAS
COUNTY OF TRAVIS, TEXAS
Subscribed and sworn to (or affirmed) before me on this 13 day of September, 2017, by Julianne Castro proved to me on the basis of satisfactory evidence to be the man and his person who appeared before me.

Notary Public
_____

WITNESSESS:
_____
Broderick McCaffee

Notary Public Seal

DONALD SCHIWITZ
NOTARY PUBLIC-STATE OF TEXAS
COMM. EXP. 11-25-2019
NOTARY ID 13045649-7

| STATE OF TEXAS | § |
|---|---|
| | § SS. |
| COUNTY OF TRAVIS | § |
| | § |

# AFFIDAVIT OF CLAIM

I, Brandon Young, having a sound mind and my person; BRANDON YOUNG hereinafter claim declare the following facts are true, correct, and complete, to the best of my first-hand knowledge.

I, Brandon Young claim that Julianne Castro and I were drinking at a relative's, Pedro Castro, house on August 12, 2017. My common law wife, Julianne, left for a long time and when she came back I was upset. We continued to drink and argue and Brenda Castro drove us home as we were too intoxicated to drive. At this time, Julianne and I were going through a separation but she called me over to stay the night. My intentions were not to stay the night but I was too intoxicated to drive myself home. I started to leave and as I was leaving, Julianne and I continued to argue, she continued to follow me downstairs and proceeded to block the front door, and I was unable to leave. My gun was inside my bag and fell out, I caught it prior to it hitting the floor. This is when Julianne said I pulled out the gun on her, because she was heavily intoxicated. Julianne is bipolar and having alcohol in her system causes her to have blackouts, she has medical records to prove what I am saying is true. I did not pull a gun out on Julianne. Tony Thornton made a false claim stating that I pulled a gun on Julianne. I had called Mr. Thornton numerous times to settle this matter and he called me back three days later. Mr. Thornton spoke on my behalf and he accepts all liability, because I did not authorize him to speak on my behalf. Julian Delgado took Julianne's statement while she was under the influence. Julian gave Julianne's statement to Mr. Thornton. **THIS IS A CLAIM, NOT A COMPLAINT!**

*[signature]*
Brandon Young Affiant

STATE OF TEXAS
COUNTY OF TRAVIS, TEXAS

Subscribed and sworn to (or affirmed) before me on this 13 day of September, 2017, by Brandon Young TXID proved to me on the basis of satisfactory evidence to be the man and his person who appeared before me.

Notary Public                                               Notary Public Seal
*Erica S Licea*

WITNESSESS:
*[signatures]*

ERICA S LICEA
Notary Public, State of Texas
My Commission Expires
November 13, 2017

# WARRANT OF ARREST

D1DC17301823

THE STATE OF TEXAS
VS.
NAME: Brandon C. Young
ADDRESS: 602 Montopolis Dr. Apt. B
CITY: Austin, TX
RACE/SEX/ DOB: B/M 05.30.84

CAUSE NO:

OFFENSE NO: 17-2250624
OFFENSE DATE: 08.13.17
PEACE OFFICER: T. Thornton 3673

## THE STATE OF TEXAS
### TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:
### YOU ARE HEREBY COMMANDED TO ARREST:

### Brandon C. Young

If to be found in your county and bring him before me, Judge at the municipal court, Travis County, Texas, at my office in Austin, in the said county, Instanter, then and there to answer the State of Texas for an offense against the laws of said state, to-wit:

### Aggravated Assault (Family Violence) Felony 2nd Degree

of which offense he is accused by the written complaint, under oath of T. Thornton 3673 filed before me.

**HEREIN FAIL NOT** but of this writ make due return, showing how you have executed the same. Witness my official signature on this ___/___/___.

BOND $ _____

☑ GPS in Jail            ☑ E.P.O.
☐ EM in Jail
☑ No Contact
☑ 200 yard stay away
☑ Curfew ___ pm to ___ am CST
☑ May not possess firearms

Magistrate (Municipal) (Justice) (County) Court
(City of Austin) (PCT. Or CC at LAW # ___)
Travis County Texas

Filed on
08/21/2017 8:30 AM
Travis County District Clerk
Velva L. Price
JS

## PEACE OFFICER'S RETURN

Came at hand the _____ day of _____ A.D. 20___, at _____ o'clock ___m. and executed on the _____ day of _____ A.D., 20___ at _____ o'clock ___m., by arresting the within named _____ in _____ County, Texas, and taking his bond, placing him in jail at _____

I actually and necessarily traveled _____ miles in the service of this writ, in addition to any other mileage that I may have traveled in the service of other process in this cause in the same trip.

FEES-MILEAGE      $ _____
Making arrest     $ _____
Taking bond       $ _____
Commitment        $ _____
Release           $ _____       By _____
Total             $ _____            PEACE OFFICER

# CommUnityCare
## HEALTH CENTERS

**South Austin CHC Medical**
2529 South First St
Austin, TX 78704-5466
(512)978-9500
After Hours (512)703-8999
Between the hours of 4:45pm - 8:00am

---

## Plan Of Care And Clinical Summary
Julianne Castro
04/05/2017 11:00 AM
Visit Type: Office Visit

---

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

*Apps - Financial Services*

### Reason(s) For Visit
Establish Care.

Language assistance:
No-Intake

Primary Care Provider: Kasturi MD, Mythili

### Additional Care Team Members

| Last Name | First Name | Phone Number | Specialty | Provider Role |
|---|---|---|---|---|
| Hiltenbrand | Jena | (512)978-9300 | | encounter provider |

### Today's Visit

#### Assessment/Plan

| | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Depression with anxiety (F41.8). |
| | Impression | denies suicidal thoughts, call 911 if any. BHC referal for counseling only. start wellbutrin as directed. f/u 2 weeks for med review/back pain. |
| | Patient Plan | Side effects discussed with patient. call if any concerns. |
| | Plan Orders | Referrals: Behavioral Health. Consult. |

The following were given to the patient or verified prior to patient leaving the office: patient plan.

Castro, Julianne   000006185612 10/05/1988 04/05/2017 11:00 AM Page: 1/2



## OFFICE OF THE
## DISTRICT ATTORNEY

P.O. Box 1748, Austin, TX 78767
Telephone 512/854-9400
Telefax 512/854-9695

**MARGARET MOORE**
DISTRICT ATTORNEY

**MINDY MONTFORD**
FIRST ASSISTANT

### AFFIDAVIT OF NON-PROSECUTION

DATE: 08-24-17

RE: State of Texas vs. Brandon Young

Cause Number: D1DC17301823

Dear "Prosecutor":

I am the complainant (victim) in the above-entitled and numbered cause. Since the time the case was filed, I have decided that I do not wish to prosecute the defendant. Therefore, I am respectfully requesting the case be dismissed.

Respectfully,

Julianne Castro
Complainant                8-24-17
                           Date

DL# _____

Witness                    08-24-17
                           Date

REASON: I attest the initial statement was inaccurate: I do not feel a threat by Mr. Young. Mr. Young doesn't share a violent history. He is a Maintence supervisor for the last 5 years, getting different awards and regoniziations. We have 4 kids he provides for. Yes we have been seperated for a couple of month but our 4 children see him almost daily. He helps alot with our children because I have been diagnosed Manic-Bipolar. So when I tend to have my moments he is a support system. At this time we have signed up for couseling classes. I am also looking into anger management for myself. I would ask that

Criminal Justice Center. 509 W. 11th Street, Austin, Texas 78701

### Medications

| Start Date | Medication | Dose | Stop Date | Qty | Refills | PRN | Sig/Directions |
|---|---|---|---|---|---|---|---|
| 04/05/2017 | Wellbutrin XL 150 mg 24 hr tablet, extended release | 150 mg | | 30 | 0 | N | take 1 tablet by oral route every day |

### Allergies

| Allergies | | | |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

### Vital Signs

| BP | Pulse | Resp | Temp | Height | Weight | Waist | BMI |
|---|---|---|---|---|---|---|---|
| 120/77 | 61 | | 98.3 | 60.79 | 125.30 | | 23.84 |

### Referrals

| Status | Referral | Date | Appointment |
|---|---|---|---|
| ordered | Referrals: Behavioral Health, Consult | next available | |

### Other Health Information

#### Smoking Status (Current some day smoker)

| Uses Tobacco | Packs | Type | Per Day | Years Used | Packs/Day | Years Ago |
|---|---|---|---|---|---|---|
| yes | 0.60 | Cigarette | 2.00 | 6.00 | 0.60 | |

#### Tobacco Cessation Information

| Date | Counseling By | Type | Status | Details | Cessation Information |
|---|---|---|---|---|---|
| 12/04/2014 | | | | | Smoking cessation education |
| 12/04/2014 | Jena Hiltenbrand, FNP | Tobacco cessation counseling | completed | | Tobacco cessation counseling |

### Demographics
Sex: Female
Race: White
Ethnicity: Hispanic Or Latino
Preferred Language: English

Please keep your medication information with you at all times in the event of an emergency situation. Please update the information when medications are discontinued, doses are changed, or new medications (including over the counter products) are added.

Sincerely,

*Provider: Mythili Kasturi MD 04/05/2017 11:54 AM*

Document generated by: Margarita Martinez LVN  04/05/2017

**PATIENT:** Julianne Castro          **DATE OF BIRTH:** 10/05/1988          **MR#:** 000006185612

Castro, Julianne    000006185612  10/05/1988  04/05/2017 11:00 AM  Page: 2/2

# CommUnityCare

**South Austin CHC Medical**
2529 South First St
Austin, TX 78704-5466
(512) 978-9500    Fax (512) 901-9708

All patient labs should be sent to Quest Diagnostics with the exception of Seton Healthplan

**Mythili Kasturi MD**
2529 South First St
Austin, TX 787045466
Phone: (512) 978-9500
Fax: (512) 901-9708
Group NPI: 1780612275

### Referral Information
Ordered Date: 04/05/2017   To: Behavioral Health
Ordered Time: 11:52 AM
Location:
Timeframe: next available
Appt Date:   Appt Time: 4/5/17 1:30

### Diagnosis
F41.8 - Depression with anxiety

### Patient Information
MRN: 000006185612
Castro, Julianne
DOB: 10-05-1988
602 Montopolis, Unit B
Austin, TX 78741
Home Phone:   (512) 906-7200

PCP: Kasturi MD, Mythili

### Funding Information
✓ Funding:   Healthy Texas Women
Policy #:   600473783
Exp Date:
Pre Auth#:
Exp Date:

### Services Requested
Consult.

### Send to Specialist
Tasked to .

### Reason For Consult
depression and anxiety

### Instructions

### Referral Appointment Comments

---

*[signature]*

Provider requesting consult: **Mythili Kasturi MD**

☐ Did Not Keep Appointment    ☐ To Reschedule (date)    ☐ Visit note Attached

\\nextgenprod\NextGenRoot\prod\EMR\Reports\Referral Report Generic w_sig-KBM.rpt          4/5/2017   11:54:22AM

Cause Number: _____

| | | |
|---|---|---|
| THE STATE OF TEXAS | )( | IN THE MUNICIPAL COURT |
| | )( | CITY OF AUSTIN |
| COUNTY OF TRAVIS | )( | IN TRAVIS COUNTY, TEXAS |

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

Undersigned Affiant, Who After Being Duly Sworn By Me, On Oath, Makes The Following Statement.

I have good reason to believe and do believe that **BRANDON C. YOUNG, B/M, 5/30/1984**.

On or About The 13th Day of August, 2017, In the incorporated limits of the city of Austin, County of Travis and the State of Texas, did then and there commit the offense of:

**Aggravated Assault(Family Violence) 2nd Degree Felony**

My belief of the foregoing statement is based upon information provided to me by Julianna Castro and Brenda Castro.
( [ ] affiant [N] victim [N] witness [ ] other   )

*False*

It was reported on the 13th day of August, 2017 at approximately 11:01 [X]am [ ]pm, an assault was committed against **(Victim) Julianna Castro**

The incident was reported to have occurred at the following location in the city of Austin, [X]Travis [ ]Williamson County, Texas: 602 Montopolis Dr. Apt. #B.
( [N] defendant's residence [N] victim's residence [ ]other)

Describe the assault in detail: Victim, Ms. J. Castro told the reporting officer that she and her common law husband/father of their children, Mr. Young were at her brothers residence when she left to go get him some food. When she returned with the food, he was upset because he felt she was gone so long and believed she was cheating on him. They argued a bit before returning to their residence. When they returned to their residence, she stopped outside to the front patio to smoke a cigarette. When he came out to sit with her, he instigated another argument concerning her whereabout earlier that day. When he asked her for a number of a male she had dated while they were separated, she denied having it. At this point, he jumped from his chair and put both of his hands around her throat and began chocking her. This alarmed her and caused her to fear for her safety. He then pulled a .45 black auto (possibly) a Smith & Wesson and placed it to her left temple and face. As he placed the gun hard against her temple and starts yelling at her, she felt as though she was going to die. Fearing that she was going to be shot, she yelled out to her sister for help and asked her to call the police. When her sister, Ms. B. Castro and their 3 year old came out crying, he stopped and left the residence before officer's arrived.

The injury and/or pain sustained by the victim is described as: Physical pain, scratch to left side of face/cheek, scratch below and above left clavical, scratch to left side and back of neck and scratch/mark to left side of forehead.

This offense does involve Family Violence as the victim and suspect are related by: Dating Relationship, Members of the same household and Biological Parents of the same child.

_____
AFFIANT
**Det. Tony Thornton #3673**

Sworn And Subscribed To Before Me By The Said Affiant On This ___ Day Of August, 2017.

Filed on
08/21/2017 8:30 AM
Travis County District Clerk
Velva L. Price
JS

_____
Magistrate

_____
Notary Public in and for the State of Texas, Travis County or Texas Peace Officer.

On This The _18th_ Day Of August, 2017, I Hereby Acknowledge I have examined The Foregoing Affidavit and have Determined That Probable Cause Exists For the Issuance Of An Arrest Warrant For The Individual Accused Therein.

Incident No.17 - 2250624

_____
Magistrate (Municipal) (Justice) (County) Court
(City of Austin) (PCT. Or CC at LAW # ___)
Travis County Texas

Page 1 of 1

## WARRANT OF ARREST

010C17301023

THE STATE OF TEXAS
VS.
NAME: Brandon C. Young
ADDRESS: 602 Montopolis Dr. Apt. B
CITY: Austin, TX
RACE/SEX/DOB: B/M 05.30.84

CAUSE NO:

OFFENSE NO: 17-2250624
OFFENSE DATE: 08.13.17
PEACE OFFICER: T. Thornton 3673

### THE STATE OF TEXAS
### TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:
### YOU ARE HEREBY COMMANDED TO ARREST:

**Brandon C. Young**

If to be found in your county and bring him before me, Judge at the municipal court, Travis County, Texas, at my office in Austin, in the said county, Instanter, then and there to answer the State of Texas for an offense against the laws of said state, to-wit:

**Aggravated Assault (Family Violence) Felony 2nd Degree**

of which offense he is accused by the written complaint, under oath of T. Thornton 3673 filed before me.

**HEREIN FAIL NOT** but of this writ make due return, showing how you have executed the same. Witness my official signature on this _____.

BOND $ _____

- [x] GPS in Jail
- [ ] EM in Jail
- [x] No Contact
- [x] 200 yard stay away
- [x] Curfew ___ pm to ___ am CST
- [x] May not possess firearms
- [x] E.P.O.

Magistrate (Municipal) (Justice) (County) Court
(City of Austin) (PCT. Or CC at LAW # ___)
Travis County Texas

Filed on
08/21/2017 8:30 AM
Travis County District Clerk
Velva L. Price
JS

### PEACE OFFICER'S RETURN

Came at hand the _____ day of _____ A.D. 20___, at _____ o'clock ___ m. and executed on the _____ day of _____ A.D., 20___, at _____ o'clock ___ m., by arresting the within named _____ in _____ County, Texas, and taking his bond, placing him in jail at _____

I actually and necessarily traveled _____ miles in the service of this writ, in addition to any other mileage that I may have traveled in the service of other process in this cause in the same trip.

FEES-MILEAGE  $ _____
Making arrest  $ _____
Taking bond    $ _____
Commitment    $ _____
Release       $ _____
al            $ _____

NO SIGNATURE

By _____
PEACE OFFICER

Cause Number: _____

| THE STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| --- | --- | --- |
| COUNTY OF TRAVIS | § | CITY OF AUSTIN |
|  | § | IN TRAVIS COUNTY, TEXAS |

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

Undersigned Affiant, Who After Being Duly Sworn By Me, On Oath, Makes The Following Statement:

I have good reason to believe and do believe that BRANDON C. YOUNG, B/M, 5/30/1984,

On or About The 13th Day of August, 2017, in the incorporated limits of the city of Austin, County of Travis and the State of Texas, did then and there commit the offense of:
**Aggravated Assault(Family Violence) 2nd Degree Felony**

My belief of the foregoing statement is based upon information provided to me by Julianna Castro and Brenda Castro,
(☐ affiant ☒ victim ☒ witness ☐ other)

It was reported on the 13th day of August, 2017 at approximately 11:01 ☒am ☐pm, an assault was committed against (Victim) Julianna Castro

The incident was reported to have occurred at the following location in the city of Austin, ☒Travis ☐Williamson County, Texas; 602 Montopolis Dr. Apt. #B.
(☒ defendant's residence ☒ victim's residence ☐other)

Describe the assault in detail: Victim, Ms. J. Castro told the reporting officer that she and her common law husband/father of their children, Mr. Young were at her brothers residence when she left to go get him some food. When she returned with the food, he was upset because he felt she was gone so long and believed she was cheating on him. They argued a bit before returning to their residence. When they returned to their residence, she stepped outside to the front patio to smoke a cigarette. When he came out to sit with her, he instigated another argument concerning her whereabout earlier that day. When he asked her for a number of a male she had dated while they were separated, she denied having it. At this point, he jumped from his chair and put both of his hands around her throat and began chocking her. This alarmed her and caused her to fear for her safety. He then pulled a .45 black auto (possibly) a Smith & Wesson and placed it to her left temple and face. As he placed the gun hard against her temple and starts yelling at her, she felt as though she was going to die. Fearing that she was going to be shot, she yelled out to her sister for help and asked her to call the police. When her sister, Ms. B. Castro and their 3 year old came out crying, he stopped and left the residence before officer's arrived.

The injury and/or pain sustained by the victim is described as: Physical pain, scratch to left side of face/cheek, scratch below and above left clavical, scratch to left side and back of neck and scratch/mark to left side of forehead.

This offense does involve Family Violence as the victim and suspect are related by: Dating Relationship, Members of the same household and Biological Parents of the same child.

*[signature]* 3673
AFFIANT
Det. Tony Thornton #3673
Sworn And Subscribed To Before Me By The Said Affiant On This 18th Day Of August, 2017.

Filed on
08/21/2017 8:30 AM
Travis County District Clerk
Velva L. Price
JS

_____
Magistrate

Notary Public in and for the State of Texas, Travis County or Texas Peace Officer.

On This The 18th Day Of August, 2017, I Hereby Acknowledge I have examined The Foregoing Affidavit and have Determined That Probable Cause Exists For the Issuance Of An Arrest Warrant For The Individual Accused Therein.

Incident No. 17 - 2250624

~~Magistrate~~ (Municipal) (Justice) (County) Court
(City of Austin) (PCT. Or CC at LAW # 4)
Travis County Texas