IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRANDON YOUNG, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:17-CV-896-LY |
| | § | |
| TONY THORNTON AND JULIAN DELGADO III, | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above-entitled cause. On this same date, the court dismissed Plaintiff Brandon Young's complaint without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the cause is hereby **CLOSED**.

SIGNED this _30th_ day of July, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE